# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

LAKEVIEW LOAN SERVICING, LLC                                    PLAINTIFF

v.                                    No. 4:25-cv-1102-DPM

GEORGE J. MARSHALL;  LINEAR
MORTGAGE, LLC;  and USA                                    DEFENDANTS

## ORDER

Notice of bankruptcy, *Doc. 7*, appreciated.  This case is stayed as to George J. Marshall.  It goes forward as to the other parties.  The Court also notes that Linear Mortgage was served on 30 October 2025, and the time for it to answer has passed.  Fed. R. Civ. P. 12(a)(1)(A)(i).  Unless Lakeview requests some relief by 2 March 2026, the Court will dismiss Linear Mortgage as a defendant.  Fed. R. Civ. P. 41(b).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 February 2026