# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

LAKEVIEW LOAN SERVICING, LLC                          PLAINTIFF

v.                          No. 4:25-cv-1102-DPM

GEORGE J. MARSHALL;  LINEAR
MORTGAGE, LLC;  and USA                          DEFENDANTS

## ORDER

Lakeview and the United States jointly move for a consent order addressing the United States's interest in the case.  They represent that the consent order will streamline this litigation, narrow the issues before the Court, and conserve judicial and legal resources.  For good cause, the motion, *Doc. 12*, is granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 June 2026