IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAKEVIEW LOAN SERVICING, LLC          §
    Plaintiff,                        §
                                      §
                                      §
VS.                                   §          CIVIL ACTION NO.
                                      §          4:25-CV-1102-DPM
GEORGE    J.    MARSHALL,    LINEAR   §
MORTGAGE LLC, AND UNITED STATES       §
OF  AMERICA,  ON  BEHALF  OF  THE     §
SECRETARY OF HOUSING AND URBAN        §
DEVELOPMENT,                          §
    Defendants.                       §
                                      §

## CONSENT ORDER AS TO UNITED STATES OF AMERICA

This matter is before the Court upon consent of Plaintiff, Lakeview Loan Servicing, LLC, and Defendant, the United States of America, on behalf of the Secretary of the U.S. Department of Housing and Urban Development ("Defendant HUD").

Plaintiff filed this action seeking judicial foreclosure of real property located at 26 Valley Drive, Little Rock, AR 72209 (the "Subject Property"). The Plaintiff's Complaint, filed on October 23, 2025, is for Judicial Foreclosure of a Mortgaged property. (Dkt. 1).

Plaintiff joined the United States as a Defendant based on a Partial Claim Mortgage filed and recorded on May 6, 2022, as Instrument Number 2022031853, in the official public records of Pulaski County, Arkansas; and a certain Payment Supplement Mortgage filed and Recorded on March 17, 2025 as Instrument Number 2025013317 in the official public records of Pulaski County, Arkansas ("HUD Partial Claim Mortgage"). Complaint, Dkt. 1 ¶ 16; Plaintiff's Ex. No. 5.

Defendant United States of America, acting by and through the Secretary of the

Department of Housing and Urban Development (USA HUD) holds a subordinate mortgage on the subject property, that was filed of record in Pulaski County, Arkansas on May 6, 2022, as Instrument Number 2022031853, securing a debt of $7,029.00 bearing no interest and a second subordinate mortgage on the subject property, that was filed of record in Pulaski County, Arkansas on March 17, 2025 as Instrument Number 2025013317, securing a debt of $12,097.60 bearing no interest. USA HUD's mortgages are subsequent and subordinate to Plaintiff's mortgage filed of record on July 24, 2018. Any sale proceeds remaining after payment of the costs of sale and the judgment herein awarded to the Plaintiff shall be paid to Defendant USA HUD, to the extent of the debts owed to it.

The United States was previously served with the pleadings and filed its answer on December 19, 2025. (Dkt. 4).

The United States does not oppose the Court entering judgment in favor of Plaintiff and ordering the Subject Property sold at a public sale. Plaintiff and the United States agree that this Consent Order does not affect the United States' ability to pursue collection on the HUD mortgages as provided by law and the above-described HUD mortgages shall remain enforceable against any excess funds arising from any foreclosure sale of the Subject Property ordered pursuant to Plaintiff's Complaint.

THEREFORE, IT IS HEREBY ORDERED that the relief sought by Plaintiff in its Complaint as against the United States is hereby granted to the extent set forth above. Plaintiff shall not receive any award or judgment for attorneys' fees or other monetary damages against the United States.

IT IS FURTHER ORDERED that Plaintiff shall provide the United States, through

counsel for the United States, with notice and copies of all documents in this action, including correspondence and pre- and post-judgment pleadings, whether presented to the judge or to the clerk of the court. In addition, Plaintiff shall provide notice to the United States of any excess proceeds and notice of any agreement between debtor and Plaintiff which delays judgment or judicial sale of the property to both the U.S. Department of Housing and Urban Development, Little Rock Field Office, Richard Sheppard Arnold United States Courthouse, 600 W. Capitol Avenue, Suite #A400, Little Rock, AR, 72201, and to the undersigned counsel for the United States.

It is FURTHER ORDERED that Defendant United States of America is hereby relieved from making any further court appearances in the case.

It is so Ordered.

Signed on ____26 June____, 2026.

_____
HON. D. P. MARSHALL JR
UNITED STATES DISTRICT JUDGE